

FILED
CLERK, U.S. DISTRICT COURT

JAN 27 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYMOND ANTHONY RAMIREZ

    Defendant.

Case No.: CR05-00235-R

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a))

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

1

1 and/or

2 B.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- SELF ADMITTED HISTORY OF SUBSTANCE ABUSE - ON GOING.
- LACK OF IDENTIFIED BAIL RESOURCES
- HISTORY OF VIOLATIONS
- CRIMINAL HISTORY

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/27/17

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge